IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CIVIL ACTION NO. 9:19-CV-80597

| | |
|---|---|
| **FRANDLY LOZIN,** | § |
| | § |
| *Plaintiff*, | § |
| | § |
| VS. | § |
| | § |
| **COASTAL SCREEN AND RAIL LLC,** | § |
| | § |
| *Defendant*. | § |

# DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THE U.S. DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:**

**I.**

Coastal Screen and Rail LLC ("Coastal") is the Defendant in a civil action filed on March 29, 2019, in the 15th Judicial District Court of Palm Beach County, Florida, entitled *Frandly Lozin v. Coastal Screen and Rail LLC*, Cause No. 502019CA004187XXXXMB.

**II.**

In connection with the removal of this case to the U.S. District Court for the Southern District of Florida—West Palm Beach Division, the following items were filed in the state court action and are attached hereto as exhibits:

| **State Court Item** | | **Date Filed** |
|---|---|---|
| (A) | Plaintiff's Civil Cover Sheet | March 29, 2019 |
| (B) | Plaintiff's Complaint | March 29, 2019 |
| (C) | Summons | April 1, 2019 |

| | | |
|---|---|---|
| (D) | Return of Service | April 5, 2019 |
| (E) | Notice of Appearance | April 29, 2019 |
| (F) | Notice of Compliance with Florida Rule of Civil Procedure 2.516 | April 29, 2019 |
| (G) | Defendant's Original Answer | April 29, 2019 |
| (H) | State Court Docket Sheet | N/A |

### III.

The summons and complaint were served on Coastal on April 4, 2019. This Notice of Removal is filed within 30 days of receipt of the citation and petition, and is timely filed under 28 U.S.C. § 1446(b) (1994).

### IV.

Removal is proper because this lawsuit involves a federal question. 28 U.S.C. § 1441(a). In particular, Plaintiff Frandly Lozin ("Lozin") asserts against Coastal disability discrimination claims under the Americans with Disabilities Act, *as amended*, 42 U.S.C. § 12101. Therefore, the U.S. district courts have original jurisdiction over this action because it is governed by the laws of the United States. 28 U.S.C. § 1331.

### V.

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter, based on federal question jurisdiction.

### PRAYER FOR RELIEF

WHEREFORE, Coastal, hereby removes this action for trial from the 15th Judicial District Court of Palm Beach County, Florida, to this Court on this 3rd day of May, 2019.

Respectfully submitted:

By:/s/ *Kimare S. Dyer*
Kimare S. Dyer, Esq.
Florida Bar No.: 469920
Reginald J. Clyne, Esq.
Florida Bar No.: 654302
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
*Counsel for Defendant Coastal Screen & Rail, LLC*
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156
Tel: (305) 670-1101
Fax: (305) 670-1161
Kimare.Dyer@qpwblaw.com
Reginald.Clyne@qpwblaw.com
Gcastro@qpwblaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants and electronic mail on May 3, 2019, including:

Mr. Rainiere Regueiro
REMER & GEORGES-PIERRE, PLLC
Comeau Building 319 Clematis Street, Suite 606
West Palm Beach, Florida 33401
RRegueiro@rgpattorneys.com.

By:   */s/ Kimare S. Dyer*
Kimare S. Dyer, Esq.